UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
DONALD HORNE, *on behalf of himself* :
*and all others similarly situated*, :
 :
               Plaintiff, :    17cv1262
 :
          -against- :    ORDER
 :
ANN NEWMAN, ESQ., and JOHN DOES :
1–25, :
 :
             Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, this action is discontinued without costs to any party, and without prejudice to reopening this action if such an application is made within thirty (30) days of this Order.

       Any application to reopen must be filed within thirty (30) days of this Order, and any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for this Court to retain jurisdiction for the purposes of enforcing any settlement, they must submit the settlement agreement to this Court within the same thirty-day period to be "so ordered" by the Court. All conferences in this action are hereby vacated.

       The Clerk of Court is directed to terminate all pending motions, mark this case as closed, and mail a copy of this Order to any parties proceeding pro se.

Dated: May 4, 2017
       New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.